KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 3:10-02940 JSW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF** <br><br> **CURRENT DCO: 7/29/2011** <br><br> **REQUESTED DCO: 9/29/2011** |

1  IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendants
2 UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM") and HSBC NORTH
3 AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN (referred herein as
4 Defendants"), through their attorneys of record for an order to continue the discovery cutoff for
5 60 days for good cause as follows:
6  On February 4, 2011, this Court entered its scheduling order setting discovery cutoff for
7 July 29, 2011. Plaintiff noticed the depositions of two UNUM employees for July 7, 2011.
8 Defendants have contested Plaintiff's legal right under ERISA to take the noticed depositions.
9 However, rather than bringing the dispute before the Court at this time, the parties agreed to
10 mediate the case before revisiting the discovery dispute, in the hope that the matter would
11 resolve absent the need to seek Judicial intervention in the discovery dispute.

1  The parties are currently set to mediate the case on July 20, 2011, using the services of
2  mediator Robert J. Kaplan.  In order to preserve Plaintiff's right to seek to conduct the
3  aforementioned depositions if the mediation fails, and preserve defendant's right to object to the
4  Plaintiff's taking the depositions, the parties respectfully request that the discovery cutoff be
5  extended to September 29, 2011 solely related to the previously noted depositions.  No previous
6  extensions of the discovery cut-off have been requested, and the extension will not impact any of
7  the other case management dates previously set by the Court.

8

9  DATED: July 12, 2011                                 KANTOR & KANTOR, LLP

10

11                                               By:    */s/ Glenn R. Kantor*

12                                                      Glenn R. Kantor
                                                        Peter S. Sessions
13                                                      Attorneys for Plaintiff
                                                        Louis Wilkins
14

15

16  DATED: July 12, 2011                                 WILSON, ELSER, MOSKOWITZ,
                                                              EDELMAN, & DICKER LLP
17

18                                               By:    */s/ Francis Torrence*

19                                                      Francis Torrence
                                                        Thomas M. Herlihy
20                                                      Attorneys for Defendant
                                                        Unum Life Insurance Company of America
21

22

23

24

25

26

27

28

-3-                                    Case No. 3:10-02940 JSW
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CUTOFF

**ORDER**

Pursuant to the Stipulation of the Parties and for good cause appearing, the discovery cut-off in this matter is continued from July 29, 2011 to September 29, 2011, solely relating to the parties stipulation regarding the previously scheduled depositions. Plaintiff retains his right to notice the depositions, and defendants maintain their right to object to the depositions.

**IT IS SO ORDERED.**

DATED: July 13, 2011

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE