KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No. 3:10-02940 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR ASSIGNMENT TO MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE AND TO EXTEND CERTAIN DISCOVERY AND DISPOSITIVE MOTION DATES**<br><br>**CURRENT DCO: 9/29/2011**<br><br>**REQUESTED DCO: 60 DAYS POST SETTLEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant

1  UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM"), through their attorneys of
2  record, for an order to assign this case to a Magistrate for a Settlement Conference and to
3  continue the discovery cutoff and motion filing deadlines to dates 60 and 90 days (respectively)
4  after the Settlement Conference, for good cause as follows:

5      By a prior Stipulation and Order, the original discovery cut off was continued by 60 days
6  in order that the parties could participate in private mediation. The parties participated in the
7  mediation before Robert J. Kaplan. The parties reached a partial settlement of some issues at the
8  mediation, but as of this date have been unable to resolve some of the non-monetary issues to the
9  satisfaction of all parties. The parties request the additional time provided by this Stipulation
10 because they believe it will allow them to resolve all issues and reach a final settlement soon.

11     However, in light of the possibility that the case is not resolved, the parties request an
12 assignment to a Magistrate Judge for a Settlement Conference to take place before the parties
13 proceed with the discovery and final dispositive motions. To that end, the parties stipulate and
14 request that the Court continues both the discovery cut off as well as the motion filing deadline to
15 60 and 90 days, respectively, after whatever date the Settlement Conference takes place. The
16 Discovery continuance relates only to the parties' dispute regarding two depositions as previously
17 set forth in the parties' prior Stipulation. Good cause exists to continue these two pretrial
18 deadlines because it is believed the case has a strong likelihood of settling completely, and
19 without a continuance of the dates, the parties would have to abandon settlement discussions and
20 engage in discovery and extensive motion practice. Judicial and party resources would be best
21 conserved by first holding a Settlement Conference.

22     The parties further agree, that the Defendant's representative can participate in the
23 Settlement Conference telephonically.

DATED: September 22, 2011

KANTOR & KANTOR, LLP

By: /s/ *Glenn R. Kantor*

Glenn R. Kantor
Peter S. Sessions
Attorneys for Plaintiff
Louis Wilkins

DATED: September 22, 2011

WILSON, ELSER, MOSKOWITZ,
EDELMAN, & DICKER LLP

By: /s/ *Francis Torrence*

Francis Torrence
Thomas M. Herlihy
Attorneys for Defendant
Unum Life Insurance Company of America

## ORDER

Pursuant to the Stipulation of the Parties and for good cause appearing, the Court assigns this case to a Settlement Conference before a randomly assigned Magistrate Judge ~~Magistrate~~ _____. The discovery cut-off in this matter is continued from September 29, 2011 to 60 days after the Settlement Conference takes place (solely relating to the parties' stipulation regarding the two previously scheduled depositions: plaintiff retains his right to notice the depositions, and defendant maintains its right to object to the depositions), and the date for the parties to file their dispositive motions is continued to 90 days post Settlement Conference. The settlement conference shall be completed within 90 days, if possible.

**IT IS SO ORDERED.**

DATED: September 23, 2011

HONORABLE JEFFREY S. WHITE
UNITED STATED DISTRICT JUDGE

cc: Magistrate Referral Clerk