```
 1  KANTOR & KANTOR LLP
    GLENN R. KANTOR, Bar No. 122643
 2  gkantor@kantorlaw.net
    PETER S. SESSIONS, Bar No. 193301
 3  psessions@kantorlaw.net
    19839 Nordhoff Street
 4  Northridge, California, 91324
    Telephone: (818) 886-2525
 5  Facsimile: (818 350-6272

 6  Attorneys for Plaintiff
    Louis Wilkins
 7
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 8  THOMAS M. HERLIHY, Bar No. 83615
    thomas.herlihy@wilsonelser.com
 9  FRANCIS TORRENCE, BAR NO. 154653
    francis.torrence@wilsonelser.com
10  525 Market Street, 17th Floor
    San Francisco, California 94105-2725
11  Telephone: (415) 433-0990
    Facsimile: (415) 434-1370
12
    Attorneys for Defendant
13  Unum Life Insurance Company of America

14

15

16                  UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18
```

| | |
|---|---|
| LOUIS WILKINS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 3:10-02940 JSW (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Settlement Conference Currently Scheduled:<br><br>Date:　May 3, 2012<br>Time:　9:00 a.m.<br>Ctrm:　Hon. Bernard Zimmerman |

-1-　　　　　　　　　　　　　　　　Case No. 3:10-02940 JSW (BZ)
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1     IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant
2 UNUM LIFE INSURANCE COMPANY OF AMERICA, through their attorneys of record, for
3 an order to continue the settlement conference in this action before United States Magistrate
4 Judge Bernard Zimmerman for approximately 30 days for good cause as follows:

5     Lead counsel for plaintiff, Glenn Kantor, has a conflict on the date of the settlement
6 conference that requires him to be out of the state which he has not been able to reschedule.
7 Furthermore, Plaintiff has recently received an award of disability benefits from the Social
8 Security Administration which directly affects the parties' evaluation of the merits of their
9 respective cases. Counsel have conferred and believe it to be in the best interest of the
10 settlement conference and further discussions between the parties, which may lead to settlement
11 progress that obviates the need for a conference, if the settlement conference is continued for a
12 brief period of approximately 30 days to allow the parties to reevaluate.

13     Defendant has already filed a request that its representative appear at the settlement
14 conference telephonically, to which plaintiff has no objection. Due to his distance from the
15 Court's location (Plaintiff resides in Riverside County, in southern California) and his medical
16 condition (Plaintiff was awarded Social Security benefits due to orthopedic problems), Plaintiff
17 also requests that he be permitted to appear telephonically at the conference. Defendant has no
18 objection to this request. Counsel for both sides would of course be present in Court for the
19 duration of the conference.

20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

No previous continuances of the currently scheduled settlement conference have been requested, and the extension will not impact any of the other case management dates previously set by the Court.

DATED: April 23, 2012

KANTOR & KANTOR, LLP

By: */s/ Glenn R. Kantor*
Glenn R. Kantor
Attorneys for Plaintiff
Louis Wilkins

DATED: April 23, 2012

WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP

By: */s/ Francis Torrence*
Francis Torrence
Attorneys for Defendant
Unum Life Insurance Company of America

## ORDER

Pursuant to the stipulation of the parties and for good cause appearing, the settlement conference in this matter is continued from May 3, 2012 at 9:00 a.m. to __June 15, 2012__, at __9:00 a.m.__. All dates and deadlines related to the settlement conference are continued accordingly. Counsel for both sides shall be present at the conference, but the parties for both sides may appear telephonically.

**IT IS SO ORDERED.**

DATED: April 27, 2012

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

-4- Case No. 3:10-02940 JSW (BZ)
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE