1 | KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
2 | gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
3 | psessions@kantorlaw.net
19839 Nordhoff Street
4 | Northridge, California, 91324
Telephone: (818) 886-2525
5 | Facsimile: (818 350-6272

6 | Attorneys for Plaintiff
Louis Wilkins
7
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8 | THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
9 | FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
10 | 525 Market Street, 17th Floor
San Francisco, California 94105-2725
11 | Telephone: (415) 433-0990
Facsimile: (415) 434-1370
12
Attorneys for Defendant
13 | Unum Life Insurance Company of America

14

15

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19 LOUIS WILKINS, | Case No. 3:10-02940 JSW (BZ) |
| 20 Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT** |
| 21 vs. | **CONFERENCE** |
| 22 UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH | Settlement Conference Currently Scheduled: |
| 23 AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN, | Date: May 3, 2012 |
| 24 | Time: 9:00 a.m. |
| Defendants. | Ctrm: Hon. Bernard Zimmerman |
| 25 | |

26

27

28

-1-      Case No. 3:10-02940 JSW (BZ)

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1      IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant

2  UNUM LIFE INSURANCE COMPANY OF AMERICA, through their attorneys of record, for

3  an order to continue the settlement conference in this action before United States Magistrate

4  Judge Bernard Zimmerman for approximately 30 days for good cause as follows:

5      Lead counsel for plaintiff, Glenn Kantor, has a conflict on the date of the settlement

6  conference that requires him to be out of the state which he has not been able to reschedule.

7  Furthermore, Plaintiff has recently received an award of disability benefits from the Social

8  Security Administration which directly affects the parties' evaluation of the merits of their

9  respective cases. Counsel have conferred and believe it to be in the best interest of the

10 settlement conference and further discussions between the parties, which may lead to settlement

11 progress that obviates the need for a conference, if the settlement conference is continued for a

12 brief period of approximately 30 days to allow the parties to reevaluate.

13     Defendant has already filed a request that its representative appear at the settlement

14 conference telephonically, to which plaintiff has no objection. Due to his distance from the

15 Court's location (Plaintiff resides in Riverside County, in southern California) and his medical

16 condition (Plaintiff was awarded Social Security benefits due to orthopedic problems), Plaintiff

17 also requests that he be permitted to appear telephonically at the conference. Defendant has no

18 objection to this request. Counsel for both sides would of course be present in Court for the

19 duration of the conference.

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1    No previous continuances of the currently scheduled settlement conference have been

2    requested, and the extension will not impact any of the other case management dates previously

3    set by the Court.

4

5    DATED: April 23, 2012                          KANTOR & KANTOR, LLP

6                                        By:    /s/ Glenn R. Kantor
                                                Glenn R. Kantor
7                                               Attorneys for Plaintiff
8                                               Louis Wilkins

9
     DATED: April 23, 2012                          WILSON, ELSER, MOSKOWITZ,
10                                                  EDELMAN, & DICKER LLP

11                                      By:    /s/ Francis Torrence
                                                Francis Torrence
12                                              Attorneys for Defendant
13                                              Unum Life Insurance Company of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                                    Case No. 3:10-02940 JSW (BZ)

1

**ORDER**

2       Pursuant to the stipulation of the parties and for good cause appearing, the settlement

3  conference in this matter is continued from May 3, 2012 at 9:00 a.m. to __June 15, 2012____ ,

4  at _9:00 a.m._. All dates and deadlines related to the settlement conference are continued

5  accordingly. Counsel for both sides shall be present at the conference, but the parties for both

6  sides may appear telephonically.

7     **IT IS SO ORDERED.**

8

9  DATED:  April 27, 2012

HONORABLE BERNARD ZIMMERMAN
10                  UNITED STATES MAGISTRATE JUDGE