IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS WILKINS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,

    Defendants.

                                              /

No. C 10-02940 JSW

**ORDER REGARDING SCHEDULE**

The Court has received the parties stipulation and ORDERS as follows:

(1)     Unum shall lodge the administrative record on October 11, 2012;

(2)     The parties shall meet and confer and agree to a briefing schedule whereby:

- one party files an opening summary judgment motion by November 16, 2012;
- the other party shall file its opposition and cross-motion by December 7, 2012;
- the reply and opposition to the cross-motion is due by December 20, 2013; and
- the reply in support of the cross-motion is due by January 4, 2013;

(3)     The Court will hear the parties' cross-motions for summary judgment on January

25, 2013 at 9:00 a.m. If this matter is not resolved pursuant to the cross-motions for summary judgment, the Court will adjudicate this matter through trial briefs.

**IT IS SO ORDERED.**

Dated: September 20, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2