**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS WILKINS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,

    Defendants.
_____/

No. C 10-02940 JSW

**ORDER REGARDING SCHEDULE**

The Court has received the parties stipulation and ORDERS as follows:

(1) Unum shall lodge the administrative record on October 11, 2012;

(2) The parties shall meet and confer and agree to a briefing schedule whereby:

- one party files an opening summary judgment motion by November 16, 2012;

- the other party shall file its opposition and cross-motion by December 7, 2012;

- the reply and opposition to the cross-motion is due by December 20, 2013; and

- the reply in support of the cross-motion is due by January 4, 2013;

(3) The Court will hear the parties' cross-motions for summary judgment on January

1  25, 2013 at 9:00 a.m.  If this matter is not resolved pursuant to the cross-motions for summary

2  judgment, the Court will adjudicate this matter through trial briefs.

3  **IT IS SO ORDERED.**

5  Dated: September 20, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2