1  KANTOR & KANTOR LLP
   GLENN R. KANTOR, Bar No. 122643
2  gkantor@kantorlaw.net
   PETER S. SESSIONS, Bar No. 193301
3  psessions@kantorlaw.net
   19839 Nordhoff Street
4  Northridge, California, 91324
   Telephone: (818) 886-2525
5  Facsimile: (818 350-6272

6  Attorneys for Plaintiff
   Louis Wilkins
7
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8  THOMAS M. HERLIHY, Bar No. 83615
   thomas.herlihy@wilsonelser.com
9  FRANCIS TORRENCE, BAR NO. 154653
   francis.torrence@wilsonelser.com
10 525 Market Street, 17th Floor
   San Francisco, California 94105-2725
11 Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
12
   Attorneys for Defendant
13 Unum Life Insurance Company of America

14

15

16                 UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18

19 LOUIS WILKINS,                          Case No. 3:10-02940 JSW (BZ)

20          Plaintiff,                      **JOINT STIPULATION AND [~~PROPOSED~~]
                                            ORDER TO CONTINUE BRIEFING AND
21      vs.                                 HEARING ON CROSS MOTIONS FOR
                                            SUMMARY JUDGMENT**
22 UNUM LIFE INSURANCE COMPANY
   OF AMERICA;  HSBC NORTH
23 AMERICA HOLDINGS, INC. LONG
   TERM DISABILITY PLAN,
24
            Defendants.
25

26

27

28

                                        -1-              Case No. 3:10-02940 JSW (BZ)

1    IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant

2  Unum Life Insurance Company of America, through their attorneys of record, that the briefing

3  schedule and hearing on the parties' cross-motions for summary judgment in this action should

4  be continued briefly for good cause as follows:

5    Plaintiff filed his opening motion for summary judgment on November 16, 2012.

6  Defendant's opposition and cross-motion was scheduled to be filed on December 7, 2012.

7  Unfortunately, just prior to defendant's filing date, Francis Torrence, lead counsel for defendant,

8  had an unexpected and serious family medical emergency.  Therefore, defendant requires

9  additional time to prepare and file its opposition and cross-motion.

10    As a result, the parties propose the briefing and hearing schedule be continued to the

11  following dates, or the nearest convenient dates for the Court:

12    1.    Defendant's opposition and cross-motion due December 17, 2012;

13    2.    Plaintiff's reply and opposition to defendant's cross-motion due January 3, 2012;

14    3.    Defendant's reply in support of its cross-motion due January 11, 2013; and

15    4.    Hearing on cross-motions for summary judgment on February 1, 2013 at 9:00

16        a.m., or such other date as the Court finds convenient.

17

18  DATED: December 13, 2012                KANTOR & KANTOR, LLP

19                                  By:    */s/ Peter S. Sessions*
                                         Glenn R. Kantor
20                                       Peter S. Sessions
                                         Attorneys for Plaintiff
21                                       Louis Wilkins

22

23  DATED: December 13, 2012                WILSON, ELSER, MOSKOWITZ,
                                               EDELMAN, & DICKER LLP
24
                                    By:    */s/ Francis Torrence*
25                                       Francis Torrence
                                         Attorneys for Defendant
26                                       Unum Life Insurance Company of America

27

28

                                    -2-                Case No. 3:10-02940 JSW (BZ)
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING ON CROSS
MOTIONS FOR SUMMARY JUDGMENT

1          **ORDER**

2          Pursuant to the stipulation of the parties, and for good cause appearing, the Court orders

3     that the briefing and hearing dates in the above-captioned matter be continued as follows:

4          1.      Defendant's opposition and cross-motion due  December 17, 2012 ;

5          2.      Plaintiff's reply and opposition to the cross-motion due  January 3, 2013  :

6          3.      Defendant's reply in support of the cross-motion due  January 11, 2013  ; and

7          4.      Hearing on cross-motions for summary judgment on  February 1, 2013  .

8

9          **IT IS SO ORDERED.**

10

11    DATED:  December 14, 2012                    _____

12                                        HONORABLE JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          -3-                    Case No. 3:10-02940 JSW (BZ)
      JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING ON CROSS
                          MOTIONS FOR SUMMARY JUDGMENT