KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS, <br><br> Plaintiff, <br><br> vs. <br><br> UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN, <br><br> Defendants. | Case No. 3:10-02940 JSW (BZ) <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant Unum Life Insurance Company of America, through their attorneys of record, that the briefing schedule and hearing on the parties' cross-motions for summary judgment in this action should be continued briefly for good cause as follows:

Plaintiff filed his opening motion for summary judgment on November 16, 2012. Defendant's opposition and cross-motion was scheduled to be filed on December 7, 2012. Unfortunately, just prior to defendant's filing date, Francis Torrence, lead counsel for defendant, had an unexpected and serious family medical emergency. Therefore, defendant requires additional time to prepare and file its opposition and cross-motion.

As a result, the parties propose the briefing and hearing schedule be continued to the following dates, or the nearest convenient dates for the Court:

1. Defendant's opposition and cross-motion due December 17, 2012;
2. Plaintiff's reply and opposition to defendant's cross-motion due January 3, 2012;
3. Defendant's reply in support of its cross-motion due January 11, 2013; and
4. Hearing on cross-motions for summary judgment on February 1, 2013 at 9:00 a.m., or such other date as the Court finds convenient.

DATED: December 13, 2012       KANTOR & KANTOR, LLP

                               By: */s/ Peter S. Sessions*
                                   Glenn R. Kantor
                                   Peter S. Sessions
                                   Attorneys for Plaintiff
                                   Louis Wilkins

DATED: December 13, 2012       WILSON, ELSER, MOSKOWITZ,
                                   EDELMAN, & DICKER LLP

                               By: */s/ Francis Torrence*
                                   Francis Torrence
                                   Attorneys for Defendant
                                   Unum Life Insurance Company of America

-2-   Case No. 3:10-02940 JSW (BZ)
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING ON CROSS MOTIONS FOR SUMMARY JUDGMENT

**ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, the Court orders that the briefing and hearing dates in the above-captioned matter be continued as follows:

1. Defendant's opposition and cross-motion due December 17, 2012;
2. Plaintiff's reply and opposition to the cross-motion due January 3, 2013;
3. Defendant's reply in support of the cross-motion due January 11, 2013; and
4. Hearing on cross-motions for summary judgment on February 1, 2013.

**IT IS SO ORDERED.**

DATED: December 14, 2012

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE