KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 3:10-02940 JSW (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL BRIEFING SCHEDULE AND TRIAL DATE** |

1  IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant
2  Unum Life Insurance Company of America, through their attorneys of record, that the Trial
3  briefing schedule and Trial date in this action should be continued briefly for good cause as
4  follows:

5  One January 28, 2013, the court issued an Order Denying Cross motions for Summary
6  Judgment and set a trial briefing schedule and trial date.

7  On February 28, 2013, Peter S. Sessions, lead counsel for plaintiff, was called in for jury
8  duty and has since been placed on a jury. Therefore, plaintiff requires additional time to prepare
9  and file his opening trial brief and supporting evidence.

10  As a result, the parties propose the briefing and hearing schedule be continued to the
11  following dates, or the nearest convenient dates for the Court:

12  1.  Plaintiff's Opening Trial brief due on March 15, 2013;
13  2.  Defendant's Responsive Trial brief due April 5, 2013;
14  3.  Plaintiff's Reply Brief due April 10, 2013; and
15  4.  Bench Trial on May 3, 2013 at 9:00 a.m., or such other date as the Court finds
16      convenient.

18  DATED: March 6, 2013              KANTOR & KANTOR, LLP

19                                   By:  */s/ Peter S. Sessions*
20                                        Glenn R. Kantor
                                          Peter S. Sessions
21                                        Attorneys for Plaintiff
                                          Louis Wilkins
22

23  DATED: March 6, 2013              WILSON, ELSER, MOSKOWITZ,
24                                        EDELMAN, & DICKER LLP

25                                   By:  */s/ Francis Torrence*
                                          Francis Torrence
26                                        Attorneys for Defendant
                                          Unum Life Insurance Company of America
27
28

-2-                                  Case No. 3:10-02940 JSW (BZ)
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL BRIEFING SCHEDULE AND TRIAL DATE

**ORDER**

Pursuant to the stipulation of the parties, and for good cause appearing, the Court orders that the Trial briefing schedule and Trial date in the above-captioned matter be continued as follows:

1. Plaintiff's Opening Trial brief due on  March 15, 2013 ;
2. Defendant's Responsive Trial brief due  April 5, 2013 ;
3. Plaintiff's Reply Brief due  April 10, 2013 ; and
4. Bench Trial on  May 10, 2013  at  10:00 a.m.

**IT IS SO ORDERED.**

DATED:    March 7, 2013

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE