KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
DONALD P. SULLIVAN, BAR NO. 191080
donald.sullivan@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA;  HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>          Defendants. | Case No. 3:10-02940 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL BRIEFING SCHEDULE AND TRIAL DATE DUE TO THE DEATH OF LEAD DEFENSE COUNSEL'S MINOR DAUGHTER** |

   IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant

UNUM LIFE INSURANCE COMPANY OF AMERICA ("UNUM"), through their attorneys of

record, that the Trial briefing schedule and Trial date in this action be continued by thirty (30) days due to the unexpected death of lead defense counsel's minor daughter, and in support of this Request states as follows:

On January 28, 2013, the Court issued an Order Denying Cross Motions for Summary Judgment and set a trial briefing schedule and trial date.

On February 28, 2013, Peter S. Sessions, lead counsel for Plaintiff, was called for jury duty and was placed on a jury. The parties jointly requested that the Trial briefing schedule and Trial date be continued due to Mr. Sessions' unavailability.

On March 6, 2013, the Court entered an Order modifying the Trial briefing schedule and continued the Trial date. *See* Docket No. 40. Under the Court's Order, Plaintiff's Opening Trial Brief was to be filed on March 15, 2012, which it was. Defendant's Responsive Trial Brief was to be filed on April 5, 2013; Plaintiff's Reply Brief was to be filed on April 10, 2013; and the Bench Trial was set for May 10, 2013 at 10:00 a.m.

On Saturday, March 30, 2013, lead defense counsel's minor daughter passed away. The services were held on Wednesday, April 3, 2013.

For these reasons, the parties propose that the briefing and hearing schedule be continued to the following dates, or the nearest convenient dates for the Court:

1. Defendant's Responsive Trial Brief due May 3, 2013;
2. Plaintiff's Reply Trial Brief due May 10, 2013;
3. Bench Trial on June 7, 2013 at 10:00 a.m., or such other date as the Court finds convenient.

Respectfully submitted.

DATED: April 5, 2013             KANTOR & KANTOR, LLP

                                 By:    */s/ Glenn R. Kantor*
                                        Glenn R. Kantor
                                        Peter S. Sessions
                                        Attorneys for Plaintiff
                                        Louis Wilkins

SIGNATURES CONTINUED ON
NEXT PAGE

-2- Case No. 3:10-02940 JSW
JOINT STIP. AND [PROP.] ORDER TO CONTINUE TRIAL BRIEFING SCHEDULE AND TRIAL DATE
1011837.1

|   |   |   |
|---|---|---|
| DATED: April 5, 2013 | | WILSON, ELSER, MOSKOWITZ, EDELMAN, & DICKER LLP |

By:    */s/ Donald P. Sullivan*
           Francis Torrence
           Thomas M. Herlihy
           Donald P. Sullivan
           Attorneys for Defendant
           Unum Life Insurance Company of America

## [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties and for good cause appearing, the Court orders that the Trial briefing schedule and Trial date in the above-captioned matter be continued as follows:

1. Defendant's Responsive Trial Brief due on   May 3  ;
2. Plaintiff's Reply Trial Brief due on   May 10  ;
3. Bench Trial on   June 28   at   10:00   a.m.

**IT IS SO ORDERED.**

DATED: April 12, 2013

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE