1   KANTOR & KANTOR LLP
    GLENN R. KANTOR, Bar No. 122643
2   gkantor@kantorlaw.net
    PETER S. SESSIONS, Bar No. 193301
3   psessions@kantorlaw.net
    19839 Nordhoff Street
4   Northridge, California, 91324
    Telephone: (818) 886-2525
5   Facsimile: (818 350-6272

6   Attorneys for Plaintiff
    Louis Wilkins

7

8   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
    THOMAS M. HERLIHY, Bar No. 83615
9   thomas.herlihy@wilsonelser.com
    FRANCIS TORRENCE, BAR NO. 154653
10  francis.torrence@wilsonelser.com
    DONALD P. SULLIVAN, BAR NO. 191080
11  donald.sullivan@wilsonelser.com
    525 Market Street, 17th Floor
12  San Francisco, California 94105-2725
    Telephone: (415) 433-0990
13  Facsimile: (415) 434-1370

14  Attorneys for Defendant
    Unum Life Insurance Company of America
15

16

17                  UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20  LOUIS WILKINS,                        Case No. 3:10-02940 JSW

21            Plaintiff,

22       vs.                              **JOINT STIPULATION AND [PROPOSED]
                                          ORDER TO MODIFY BRIEFING
23  UNUM LIFE INSURANCE COMPANY           SCHEDULE DUE TO THE DEATH OF
    OF AMERICA;  HSBC NORTH               LEAD DEFENSE COUNSEL'S MINOR
24  AMERICA HOLDINGS, INC. LONG           DAUGHTER**
    TERM DISABILITY PLAN,
25
              Defendants.
26

27       On April 12, 2013, the Court continued the trial date from May 10, 2013 to June 28, 2013

28  due to the unexpected death of lead Defense counsel's minor daughter.  *See* Docket No. 43.  In

                                                        -1-              Case No. 3:10-02940 JSW

1  the same Order, the Court instructed Defendant to file its Responsive Trial Brief by May 3, 2013,

2  and Plaintiff to file its Reply Trial Brief by May 10, 2013.

3        Lead Defense counsel has not yet returned to work as he continues to care for his two

4  other children during the grieving process.

5        For this reason, the parties have agreed to modify the briefing scheduled <u>without</u>

6  <u>modifying the trial date</u>.  Plaintiff Louis Wilkins and defendant UNUM Life Insurance Company

7  of America ("UNUM"), through their attorneys of record, hereby stipulate and request that the

8  date for Defendant to file its Responsive trial brief be continued to Friday, May 17, 2013, and the

9  date for Plaintiff to file its Reply trial brief be continued to Friday May 24, 2013.

10       The date for the bench trial shall remain Friday, June 28, 2013 at 10:00 a.m.

11       Good cause exists for this request for the above-stated reasons.  Nothing in this Stipulated

12  Request requires the modification of the Court's calendar.  Additionally, under the proposed

13  briefing schedule, the matter will be completely briefed more than one month before the bench

14  trial.

15

16  Respectfully submitted.

17  DATED: April 30, 2013                    KANTOR & KANTOR, LLP

18                                           By:    /s/ Glenn R. Kantor
                                                    Glenn R. Kantor
19                                                  Peter S. Sessions
                                                    Attorneys for Plaintiff
20                                                  Louis Wilkins

21

22
    DATED: April 30, 2013                    WILSON, ELSER, MOSKOWITZ,
23                                                  EDELMAN, & DICKER LLP

24                                           By:    /s/ Donald P. Sullivan
                                                    Francis Torrence
25                                                  Thomas M. Herlihy
                                                    Donald P. Sullivan
26                                                  Attorneys for Defendant
                                                    Unum Life Insurance Company of America

27

28

                                             -2-                    Case No. 3:10-02940 JSW
                        JOINT STIP. AND [PROP.] ORDER TO MODIFY BRIEFING SCHEDULE
    1011837.2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties and for good cause appearing, the Court orders that the Trial briefing schedule be modified as follows:

    1.      Defendant's Responsive Trial Brief due on May 17, 2013;

    2.      Plaintiff's Reply Trial Brief due on May 24, 2013.

**IT IS SO ORDERED.**

DATED:   May 2, 2013

_____

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

-3-                                        Case No. 3:10-02940 JSW

JOINT STIP. AND [PROP.] ORDER TO MODIFY BRIEFING SCHEDULE

1011837.2