KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
THOMAS M. HERLIHY, Bar No. 83615
thomas.herlihy@wilsonelser.com
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
DONALD P. SULLIVAN, BAR NO. 191080
donald.sullivan@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA;  HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No. 3:10-02940 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE DUE TO THE DEATH OF LEAD DEFENSE COUNSEL'S MINOR DAUGHTER** |

On April 12, 2013, the Court continued the trial date from May 10, 2013 to June 28, 2013 due to the unexpected death of lead Defense counsel's minor daughter.  *See* Docket No. 43.  In

1 the same Order, the Court instructed Defendant to file its Responsive Trial Brief by May 3, 2013,
2 and Plaintiff to file its Reply Trial Brief by May 10, 2013.
3      Lead Defense counsel has not yet returned to work as he continues to care for his two
4 other children during the grieving process.
5      For this reason, the parties have agreed to modify the briefing scheduled <u>without</u>
6 <u>modifying the trial date</u>.  Plaintiff Louis Wilkins and defendant UNUM Life Insurance Company
7 of America ("UNUM"), through their attorneys of record, hereby stipulate and request that the
8 date for Defendant to file its Responsive trial brief be continued to Friday, May 17, 2013, and the
9 date for Plaintiff to file its Reply trial brief be continued to Friday May 24, 2013.
10      The date for the bench trial shall remain Friday, June 28, 2013 at 10:00 a.m.
11      Good cause exists for this request for the above-stated reasons.  Nothing in this Stipulated
12 Request requires the modification of the Court's calendar.  Additionally, under the proposed
13 briefing schedule, the matter will be completely briefed more than one month before the bench
14 trial.
15
16 Respectfully submitted.
17 DATED: April 30, 2013       KANTOR & KANTOR, LLP

By:    <u>/s/ Glenn R. Kantor</u>
      Glenn R. Kantor
      Peter S. Sessions
      Attorneys for Plaintiff
      Louis Wilkins


DATED: April 30, 2013       WILSON, ELSER, MOSKOWITZ,
      EDELMAN, & DICKER LLP

By:    <u>/s/ Donald P. Sullivan</u>
      Francis Torrence
      Thomas M. Herlihy
      Donald P. Sullivan
      Attorneys for Defendant
      Unum Life Insurance Company of America

| | |
|---|---|
| 1 | |
| 2 | <div align="center">~~[PROPOSED]~~ ORDER</div> |
| 3 | Pursuant to the Stipulation of the Parties and for good cause appearing, the Court orders that the Trial briefing schedule be modified as follows: |
| 4 | |
| 5 | 1. Defendant's Responsive Trial Brief due on May 17, 2013; |
| 6 | 2. Plaintiff's Reply Trial Brief due on May 24, 2013. |

**IT IS SO ORDERED.**

DATED: May 2, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE