United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS, | |
|     Plaintiff, | No. C 10-02940 JSW |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN, | **ORDER VACATING BENCH TRIAL** |
|     Defendants. / | |

    The bench trial in this action is currently set for June 28, 2013 at 10:00 a.m. The Court finds that no live testimony is necessary and that this matter is suitable for resolution without oral argument and is deemed submitted. *See* N.D. Cal. Civ. L.R. 7-1(b). Accordingly, the bench trial set for June 28, 2013 is hereby VACATED. The Court shall issue a ruling in due course.

    **IT IS SO ORDERED.**

Dated: June 26, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:10-cv-02940-JSW Document52 Filed06/26/13 Page2 of 2