**United States District Court**
For the Northern District of California

1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9     LOUIS WILKINS,

10               Plaintiff,                              No. C 10-02940 JSW

11        v.

12    UNUM LIFE INSURANCE COMPANY OF            **ORDER VACATING BENCH**
      AMERICA; HSBC NORTH AMERICA              **TRIAL**
13    HOLDINGS, INC. LONG TERM
      DISABILITY PLAN,
14
                 Defendants.
15    _____/

16

17        The bench trial in this action is currently set for June 28, 2013 at 10:00 a.m.  The Court

18    finds that no live testimony is necessary and that this matter is suitable for resolution without

19    oral argument and is deemed submitted.  *See* N.D. Cal. Civ. L.R. 7-1(b).  Accordingly, the

20    bench trial set for June 28, 2013 is hereby VACATED.  The Court shall issue a ruling in due

21    course.

22        **IT IS SO ORDERED.**

23

24    Dated: June 26, 2013

25                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
26

27

28