**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS,<br><br>   Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>   Defendants.<br>_____/ | No. C 10-02940 JSW<br><br>**ORDER REGARDING PLAINTIFF'S EX PARTE MOTION** |

Plaintiff Louis Wilkins ("Wilkins") filed an *ex parte* application for an order clarifying the Court's findings of fact and conclusions of law. Plaintiff should have filed this motion as a noticed motion and then moved to have the motion heard on shortened time. In light of the time constraints faced by Plaintiff and the fact that Defendant Unum Life Insurance Company of America ("Unum") received notice, the Court will construe the application Plaintiff filed as a noticed motion and a motion to have it heard on shortened time. The Court grants to motion to have it heard on shortened time. Unum shall file its opposition, or a statement of non-

///
///
///
///
///

opposition, by no later than October 3, 2013. Plaintiff may file his reply brief, if any, October 7, 2013. The Court will set a hearing on the motion, if necessary, at a later date.

**IT IS SO ORDERED.**

Dated: September 30, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE