IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS WILKINS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,

    Defendants.

No. C 10-02940 JSW

**ORDER REGARDING PLAINTIFF'S REQUEST FOR CLARIFICATION**

Now before the Court is the request for clarification filed by Plaintiff Louis Wilkins ("Wilkins") regarding the scope of the Court's Order on attorneys' fees and costs. The Court HEREBY CLARIFIES that its order denying Wilkins attorneys' fees and costs was without prejudice to his filing a properly noticed and supported motion.

**IT IS SO ORDERED.**

Dated: October 21, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

Case3:10-cv-02940-JSW Document63 Filed10/21/13 Page2 of 2