1

2

3

4

5

6                              IN THE UNITED STATES DISTRICT COURT

7

8                             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    LOUIS WILKINS,

10                 Plaintiff,                              No. C 10-02940 JSW

11          v.

12   UNUM LIFE INSURANCE COMPANY OF              **ORDER REGARDING**
     AMERICA; HSBC NORTH AMERICA                 **PLAINTIFF'S REQUEST FOR**
13   HOLDINGS, INC. LONG TERM                    **CLARIFICATION**
     DISABILITY PLAN,
14
                   Defendants.
15   _____/

16

17          Now before the Court is the request for clarification filed by Plaintiff Louis Wilkins

18   ("Wilkins") regarding the scope of the Court's Order on attorneys' fees and costs.  The Court

19   HEREBY CLARIFIES that its order denying Wilkins attorneys' fees and costs was without

20   prejudice to his filing a properly noticed and supported motion.

21          **IT IS SO ORDERED.**

22

23   Dated: October 21, 2013                     _____
                                                 JEFFREY S. WHITE
24                                               UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California