1  KANTOR & KANTOR LLP
   GLENN R. KANTOR, Bar No. 122643
2  gkantor@kantorlaw.net
   PETER S. SESSIONS, Bar No. 193301
3  psessions@kantorlaw.net
   19839 Nordhoff Street
4  Northridge, California, 91324
   Telephone: (818) 886-2525
5  Facsimile: (818 350-6272

6  Attorneys for Plaintiff
   Louis Wilkins
7
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
8  FRANCIS TORRENCE, BAR NO. 154653
   francis.torrence@wilsonelser.com
9  525 Market Street, 17th Floor
   San Francisco, California 94105-2725
10 Telephone: (415) 433-0990
   Facsimile: (415) 434-1370
11
   Attorneys for Defendant
12 Unum Life Insurance Company of America

13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18 LOUIS WILKINS,                          Case No. 3:10-02940 JSW (BZ)

19          Plaintiff,                      **JOINT STIPULATION AND [PROPOSED]
                                            ORDER TO CONTINUE PLAINTIFF'S**
20     vs.                                  **DEADLINE TO FILE A MOTION FOR
                                            ATTORNEYS' FEES AND COSTS**
21 UNUM LIFE INSURANCE COMPANY
   OF AMERICA;  HSBC NORTH
22 AMERICA HOLDINGS, INC. LONG
   TERM DISABILITY PLAN,
23
            Defendants.
24

25

26

27

28

1    WHEREAS:

2    1.    On September 24, 2013, the Court issued findings of fact and conclusions of law,

3    and entered judgment in plaintiff's favor (Docket Nos. 53-54);

4    2.    On October 21, 2013, the Court clarified that the portion of its findings of fact and

5    conclusions of law determining that plaintiff was not entitled to attorney's fees and costs was

6    without prejudice, and that plaintiff was allowed to file a properly noticed and supported motion

7    for such fees and costs (Docket No. 63);

8    3.    Pursuant to the Court's October 4, 2013 stipulated order, plaintiff's deadline to

9    file such a motion is 30 days from the Court's October 21, 2013 order, or November 20, 2013

10   (Docket No. 60);

11   4.    The parties have attended two mediations during this litigation, one before a

12   private mediator and one before Magistrate Judge Zimmerman;

13   5.    Those mediations addressed numerous issues, including not only the benefits at

14   issue in this action, but benefits being paid by defendant under another policy of insurance;

15   6.    The parties have met and conferred and believe that, given the Court's recent

16   ruling this case, it would be productive for the parties to revisit those discussions in order to

17   discuss the potential for globally settling the multiple claims at issue between the parties,

18   including both sets of plaintiff's benefits as well as plaintiff's claim for attorney's fees and costs;

19   and

20   7.    The parties are currently attempting to schedule a new mediation, but cannot

21   feasibly do so prior to November 20, 2013, i.e., plaintiff's current deadline to file his motion for

22   attorney's fees and costs.

23

24   Thus, IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and

25   defendant Unum Life Insurance Company of America ("Unum"), through their attorneys of

26   record, that the Court stay this litigation, thereby continuing plaintiff's deadline to file his

27   motion for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 54, until such

28   time as the parties have been able to complete the aforementioned mediation.  The parties agree

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE A
MOTION FOR ATTORNEYS FEES' AND COSTS

that they will advise the Court of the outcome of the mediation as soon as it is completed.  While the upcoming holidays in conjunction with the fact that UNUM's authorized representative resides in Chattanooga, Tennessee, may delay the parties ability to attend an in person mediation, the parties anticipate taking part in such a mediation no later than the middle of January 2014.


DATED: November 13, 2013                    KANTOR & KANTOR, LLP

                                    By:     /s/ Glenn R. Kantor
                                            Glenn R. Kantor
                                            Attorneys for Plaintiff
                                            Louis Wilkins


DATED: November 13, 2013                    WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN, & DICKER LLP

                                    By:     /s/ Francis Torrence
                                            Francis Torrence
                                            Attorneys for Defendant
                                            Unum Life Insurance Company of America

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE A MOTION FOR ATTORNEYS FEES' AND COSTS

1

**ORDER**

2       Based on good cause having been shown, IT IS HEREBY ORDERED that this action is

3   stayed, and therefore plaintiff's deadline to file his motion for attorney's fees and costs pursuant

4   to Federal Rule of Civil Procedure 54 is indefinitely continued.  The parties will advise the Court

5   of the outcome of their scheduled mediation as soon as it is completed.

6

7       **IT IS SO ORDERED.**

8

9   DATED:    November 14, 2013

10                                                 HONORABLE JEFFREY S. WHITE
                                                   UNITED STATED DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE A
MOTION FOR ATTORNEYS FEES' AND COSTS