KANTOR & KANTOR LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
PETER S. SESSIONS, Bar No. 193301
psessions@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff
Louis Wilkins

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
FRANCIS TORRENCE, BAR NO. 154653
francis.torrence@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Defendant
Unum Life Insurance Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILKINS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | Case No. 3:10-02940 JSW (BZ)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE A MOTION FOR ATTORNEYS' FEES AND COSTS** |

WHEREAS:

1. On September 24, 2013, the Court issued findings of fact and conclusions of law, and entered judgment in plaintiff's favor (Docket Nos. 53-54);

2. On October 21, 2013, the Court clarified that the portion of its findings of fact and conclusions of law determining that plaintiff was not entitled to attorney's fees and costs was without prejudice, and that plaintiff was allowed to file a properly noticed and supported motion for such fees and costs (Docket No. 63);

3. Pursuant to the Court's October 4, 2013 stipulated order, plaintiff's deadline to file such a motion is 30 days from the Court's October 21, 2013 order, or November 20, 2013 (Docket No. 60);

4. The parties have attended two mediations during this litigation, one before a private mediator and one before Magistrate Judge Zimmerman;

5. Those mediations addressed numerous issues, including not only the benefits at issue in this action, but benefits being paid by defendant under another policy of insurance;

6. The parties have met and conferred and believe that, given the Court's recent ruling this case, it would be productive for the parties to revisit those discussions in order to discuss the potential for globally settling the multiple claims at issue between the parties, including both sets of plaintiff's benefits as well as plaintiff's claim for attorney's fees and costs; and

7. The parties are currently attempting to schedule a new mediation, but cannot feasibly do so prior to November 20, 2013, i.e., plaintiff's current deadline to file his motion for attorney's fees and costs.

Thus, IT IS HEREBY STIPULATED by and between plaintiff Louis Wilkins and defendant Unum Life Insurance Company of America ("Unum"), through their attorneys of record, that the Court stay this litigation, thereby continuing plaintiff's deadline to file his motion for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 54, until such time as the parties have been able to complete the aforementioned mediation. The parties agree

that they will advise the Court of the outcome of the mediation as soon as it is completed. While the upcoming holidays in conjunction with the fact that UNUM's authorized representative resides in Chattanooga, Tennessee, may delay the parties ability to attend an in person mediation, the parties anticipate taking part in such a mediation no later than the middle of January 2014.

DATED: November 13, 2013          KANTOR & KANTOR, LLP

                                  By:   */s/ Glenn R. Kantor*
                                        Glenn R. Kantor
                                        Attorneys for Plaintiff
                                        Louis Wilkins

DATED: November 13, 2013          WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN, & DICKER LLP

                                  By:   */s/ Francis Torrence*
                                        Francis Torrence
                                        Attorneys for Defendant
                                        Unum Life Insurance Company of America

**ORDER**

Based on good cause having been shown, IT IS HEREBY ORDERED that this action is stayed, and therefore plaintiff's deadline to file his motion for attorney's fees and costs pursuant to Federal Rule of Civil Procedure 54 is indefinitely continued. The parties will advise the Court of the outcome of their scheduled mediation as soon as it is completed.

**IT IS SO ORDERED.**

DATED: November 14, 2013

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE