IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS WILKINS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,

    Defendants.

No. C 10-02940 JSW

**ORDER DIRECTING PARTIES TO FILE A STATUS REPORT**

On November 14, 2013, based on the parties' representation that they were engaging in mediation, the Court approved a stipulation by the parties to continue the deadline for Plaintiff to file a motion for attorneys' fees and costs. The parties stated that the mediation would occur no later than the middle of January 2014 and that they would advise the Court of the outcome of the mediation as soon as it is completed. The Court HEREBY ORDERS the parties to file a joint status report by no later than April 9, 2014 to advise the Court as to the status of the parties' mediation.

**IT IS SO ORDERED.**

Dated: March 26, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE