IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS WILKINS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,

    Defendants.

No. C 10-02940 JSW

**ORDER DIRECTING PARTIES TO FILE A FURTHER STATUS REPORT**

On March 26, 2014, the Court required the parties to file a joint status report by no later than April 9, 2014 to advise the Court as to the status of the parties' mediation. On April 9, 2014, the parties filed a joint status report in which they stated that they anticipated resolving all remaining issues within two weeks and advised the Court that they would file a further update in two weeks. However, to date, the parties have not provided a further update. Therefore, the Court HEREBY ORDERS the parties to file a further joint status report by no later than June 6, 2014 to advise the Court as to the status of the parties' settlement negotiations.

**IT IS SO ORDERED.**

Dated: May 28, 2014

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE