IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LOUIS WILKINS,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA; HSBC NORTH AMERICA HOLDINGS, INC. LONG TERM DISABILITY PLAN,

    Defendants.

No. C 10-02940 JSW

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE**

On May 26, 2014, the Court required the parties to file a further joint status report by no later than June 6, 2014 to advise the Court as to the status of the parties' settlement negotiations. On June 13, 2014, after the deadline set by the Court, the parties filed a joint status report in which they stated that reached a settlement and anticipated that they would file a stipulation of dismissal within thirty days. It has been three months since they filed their joint status report. To date, no stipulation of dismissal has been filed and no further documents have been filed by the parties. The Court HEREBY SETS a further case management conference for October 17, 2014. The parties shall file a further case management statement by no later than October 10,

///

///

///

///

2014. If the parties file a stipulation of dismissal before October 10, 2014, the case management conference will be vacated.

**IT IS SO ORDERED.**

Dated: September 17, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE